**NOT FOR PUBLICATION**

```
       IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
                      APPELLATE DIVISION
```

**TAMI ALLISON DYSART,**                )
                                         )
    **Appellant,**                      )
                                         )
                                         )D.C. Civ. App. Nos.:2005/131 & 132
                                         )
        **v.**                         )Re: Super. Ct. Civ. No.: 196/2001
                                         )
**ROBERT LEWIS DYSART,**                 )
                                         )
    **Appellee.**                       )

                ATTORNEYS:

**Darwin K. Carr, Esq.**
St. Thomas, U.S.V.I.
    *For the appellant.*

**Robert L. Dysart, Esq.**
St. Thomas, U.S.V.I.
    *Pro se.*

**ORDER**

**GÓMEZ, C.J.**

The Court, upon consideration of the February 20, 2008, Report and Recommendation of the United States Magistrate Judge, to which no objections have been filed; and after an independent and *de novo* review of the record, hereby approves and adopts the Report and Recommendation of the United States Magistrate Judge

*Dysart v. Dysart*
Civ. App. Nos. 2005-131, 2005-132
Order
Page 2

Accordingly, it is hereby

    **ORDERED** that the appellant's motion to enforce interlocutory orders is **DENIED**; it is further

    **ORDERED** that the appellant's emergency motion for an order directing deposit of funds with the Clerk of the Court is **DENIED**; and it is further

    **ORDERED** that the appellant's emergency motion to show cause is **DENIED**.

                                            **For the Court:**

                                            **s/**_____
                                              **Curtis V. Gómez**
                                              **Chief Judge**